THE TOWN OF FORT COVINGTON, Respondent, *v.* THE UNITED STATES AND CANADA RAILROAD COMPANY et al., Appellants.

*Town of Fort Covington* v. *U. S. & C. R. R. Co.*, 8 App. Div. 223, affirmed.
(Argued June 22, 1898; decided October 4, 1898.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered October 9, 1896, modifying a judgment in favor of plaintiff entered upon a verdict, and affirming an order denying a motion for a new trial.

*William P. Cantwell* for appellants.

*John P. Kellas* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.

———————

TERENCE F. WYNNE, Respondent, *v.* THE ATLANTIC AVENUE RAILROAD COMPANY OF BROOKLYN, Appellant, et al.

*Wynne* v. *Atlantic Ave. R. R. Co.*, 14 Misc. Rep. 394, affirmed.
(Submitted June 24, 1898; decided October 4, 1898.)

APPEAL from a judgment of the General Term of the late City Court of Brooklyn, entered November 29, 1895, affirm-

ing a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*James R. Soley* for appellant.

*Charles J. Patterson* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.